DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIM CONSTANTACOS,** as Trustee of the
**FLORCON TRUST DATED 6/4/2010,**
**YVES DION, FRANCOIS PARADIS,** and **IGOR ANCHIPOLOVSKY,**
Appellants,

v.

**GOLDEN ISLES TOWERS CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2024-1455

[November 12, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE-20-003112.

Jeremy Dicker of Sachs Sax Caplan, Boca Raton, for appellants.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979); *E.S. Thomas & Assocs., Inc. v. Powell,* 827 So. 2d 396, 397 (Fla. 2d DCA 2002) ("Because we are unable to conclude, based on our record, that the trial court erred . . . we affirm . . . . However, it would have been easier to assess the correctness of the trial court's order if some explanation had been provided."); *cf. Wiggins v. Tigrent, Inc.*, 147 So. 3d 76, 79 (Fla. 2d DCA 2014) (discussing how the trial court's order did not explain the basis for denial, but the hearing transcript facilitated appellate review because the trial court "made several statements that provide insight into the rationale for [its] ruling").

CIKLIN, LEVINE and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***